[No. 38728-6-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER D. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01351-8, Gerald L. Knight, J., entered May 3, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38770-7-I.    Division One.    September 22, 1997.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. WALKENHAUER & ASSOCIATES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-2-01135-3, Michael E. Rickert, J., entered January 30, 1995. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 38786-3-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL COTGAGEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07809-1, Laura Inveen, J., entered June 6, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38801-1-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD EARL PITCHFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07925-0, John M. Darrah, J., entered June 17, 1996. *Affirmed* by unpublished per curiam opinion.